GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 116
Trenton, New Jersey 08625
Attorney for Defendants, Jerry Stretch, James McCabe, Kevin
Manning, Thomas Togno, Matthew Arrowood, Michael Ryan, Gerald
Gribble, Stephen Weldon, Brenda Hepner and Edward Soltys, i/p/a
Saltese

By: Michael R. Sarno
    Deputy Attorney General
    609-376-2790
    Michael.Sarno@law.njoag.gov

| | |
|---|---|
| MARIANITO RUIZ,<br><br>    Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER JERRY<br>STRETCH, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br>15-CV-03304<br><br>**CERTIFICATION OF COUNSEL** |

Michael R. Sarno, of full age, hereby certifies as follows:

1.   I am employed as a Deputy Attorney General by the State of New Jersey, Department of Law and Public Safety. I am assigned to the Tort and Judiciary Litigation Section of the Division of Law, which provides legal representation to the State of New Jersey and its entities and employees. I am the Deputy Attorney General responsible for the handling of this matter.  As such, I am fully familiar with the facts stated in this Certification.

2. Attached to this Certification are true and accurate copies of the following:

**Exhibit A** – Deposition Transcript of Marianito Ruiz;

**Exhibit B** – Deposition Transcript of James McCabe;

**Exhibit C** – Deposition Transcript of Matthew Arrowood;

**Exhibit D** – Deposition Transcript of Jerry Stretch;

**Exhibit E** - Deposition Transcript of Kevin Manning;

**Exhibit F** – Discipline and Appeal Documents for Marianito Ruiz from the New Jersey Department of Corrections, which consist of documents bates labeled NJDOC-A-567-68; 572-74; 580; 581-89, 590-604; 607-12; 615-28[1];

**Exhibit G** – March 14, 2014 Order of Dismissal;

**Exhibit H** – SID Investigation Report;

**Exhibit I** - Deposition Transcript of Brenda Hepner;

**Exhibit J** - Deposition Transcript of Edward Soltys;

**Exhibit K** – Expert Report of Jeffrey S. Carter;

**Exhibit L** – Expert Report of Theresa Lantz.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

---

[1] Although the documents are not in numerical order, they are arranged in a coherent manner according to charge, while omitting any duplicates.

_____
Michael R. Sarno
Deputy Attorney General

Date: August 8, 2019

# EXHIBIT A

## (Pursuant to the DCO only hard copies will be provided)

# EXHIBIT B

**(Pursuant to the DCO only hard copies will be provided)**

# EXHIBIT C

(Pursuant to the DCO only hard copies will be provided)

# EXHIBIT D

**(Pursuant to the DCO only hard copies will be provided)**

# EXHIBIT E

## (Pursuant to the DCO only hard copies will be provided)

# EXHIBIT F

## (Pursuant to the DCO only hard copies will be provided)

# EXHIBIT G

(Pursuant to the DCO only hard copies will be provided)

# EXHIBIT H

## (Pursuant to the DCO only hard copies will be provided)

# EXHIBIT I

**(Pursuant to the DCO only hard copies will be provided)**

# EXHIBIT J

**(Pursuant to the DCO only hard copies will be provided)**

# EXHIBIT K

## (Pursuant to the DCO only hard copies will be provided)

# EXHIBIT L

## (Pursuant to the DCO only hard copies will be provided)